# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Neftali Gabriel-Pablo<br>a.k.a Luis Oveda-Gonzalez<br>A# 088 355 460<br>*Defendant* | Case No. 17-566MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 15, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Neftali Gabriel-Pablo, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona on or about June 2, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Special Agent with Homeland Security Investigations.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, Jr., P.S. for AUSA Ryan Goldstein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Rochelle Brown,
Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 16, 2017

_____
*Judge's signature*

City and state: Phoenix, Arizona

Honorable Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rochelle Brown, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent with United States Homeland Security Investigations (HSI). I have learned from direct participation in the investigation, and from the reports and communications of other agents and officers, of the facts recited herein.

2. On November 15, 2017, special agents assigned to the Anti-Smuggling Task Force (ASTF) with Homeland Security Investigations (HSI) in Phoenix encountered an individual near Mesa, in the District of Arizona. The agents identified themselves and performed an immigration inspection on the subject. The individual, later identified as Neftali Gabriel-Pablo, admitted to being a citizen and national of Mexico, unlawfully present in the United States. Gabriel-Pablo was transported to the Casa Grande Border Patrol Station for further processing.

3. Immigration history checks revealed Neftali Gabriel-Pablo to be a citizen of Mexico and a previously deported alien. Gabriel-Pablo was removed from the United States to Mexico through Nogales, Arizona on or about June 2, 2015, pursuant to the reinstatement of a prior order of removal issued by an immigration judge. There is no record of Neftali Gabriel-Pablo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gabriel-Pablo's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Neftali Gabriel-Pablo was convicted of Attempt to Commit Smuggling, a felony offense, on July 29, 2009, in the Superior Court of Arizona, Maricopa County. Gabriel-Pablo was sentenced to eighteen (18) months' probation. Gabriel-Pablo's criminal history was matched to him by electronic fingerprint comparison.

5. On November 15, 2017, Gabriel-Pablo was advised of his constitutional rights. Gabriel-Pablo freely and willingly acknowledged his rights and agreed to make a statement. Gabriel-Pablo stated that his true name is Neftali Gabriel-Pablo.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 15, 2017, Neftali Gabriel-Pablo, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona on or about June 2, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

*Rochelle Brown*, Special Agent,
Homeland Security Investigations

Sworn to and subscribed before me
this 16th day of November, 2017.

Honorable Michelle H. Burns,
United States Magistrate Judge

2